UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| CARPENTERS SOUTHWEST ADMINISTRATIVE CORPORATION, a California non-profit corporation; and BOARD OF TRUSTEES FOR THE CARPENTERS SOUTHWEST TRUSTS,<br><br>Plaintiffs,<br><br>v.<br><br>COORDINATED DELIVERY & INSTALLATION, INC., a California corporation; FLYNN ALLAN OLSEN, an individual; and DOES 1 through 10, inclusive,<br><br>Defendants. | CASE NO. CV 12-06482 VBF(PJWx)<br><br>JUDGMENT |

For the reasons stated in the Order issued June 11, 2013 (Document 19), final judgment is entered in favor of all plaintiffs and against all defendants as follows:

### AS TO CARPENTERS SOUTHWEST ADMINISTRATIVE CORPORATION and BOARD OF TRUSTEES' FIRST CLAIM FOR RELIEF AGAINST COORDINATED DELIVERY & INSTALLATION, INC., a California corporation:

| | | |
|---|---|---:|
| 1. | Unpaid contributions | $161,318.47 |
| 2. | Liquidated damages | 27,855.13 |
| 3. | Interest on the unpaid contributions pursuant to 29 U.S.C.A. 1132 (g)(2) (7 percent per annum) pursuant to the Trust Agreements from the due date to audit billing date (February 17, 2011) | 4,079.80 |
| 4. | Audit Fees | 3,368.97 |
| 5. | Interest from due dates to June 18, 2013 (accruing at $36.28 per day) | 22,842.58 |
| 6. | Attorneys' fees | 7,532.48 |

GRAND TOTAL ON THE FIRST CLAIM: $226,997.43

7. Plus costs to be determined after entry of judgment.

### AS TO CARPENTERS SOUTHWEST ADMINISTRATIVE CORPORATION and BOARD OF TRUSTEES' SECOND CLAIM FOR RELIEF FOR DEFALCATION AGAINST FLYNN ALLAN OLSEN, an individual:

| | | |
|---|---|---:|
| 1. | Unpaid contributions | $29,913.76 |
| 2. | Interest on the unpaid contributions pursuant to 29 U.S.C.A. 1132 (g)(2) (7 percent per annum) pursuant to the Trust Agreements from the due dates to June 18, 2013 (accruing at $5.74 per day) | 3,521.44 |
| 4. | Attorneys' fees | 2,394.83 |

GRAND TOTAL ON THE SECOND CLAIM: $35,830.03

3. Plus costs to be determined after entry of judgment.

<u>AS TO CARPENTERS SOUTHWEST ADMINISTRATIVE CORPORATION and BOARD OF TRUSTEES THIRD CLAIM FOR RELIEF AGAINST COORDINATED DELIVERY & INSTALLATION, INC., a California corporation ("CORPORATION"):</u>

1. A permanent injunction hereby issues restraining and enjoining CORPORATION, for so long as it remains bound to make any payments or contributions to the PLANS, from failing to deliver or cause to be delivered to CARPENTERS SOUTHWEST ADMINISTRATIVE CORPORATION, the following:

    a. Complete, truthful and accurate Employers Monthly Reports to Trustees for the month of June 2012,

    b. A complete, truthful and accurate Employers Monthly Report to Trustees covering all employees of CORPORATION, employed during the previous month under the AGREEMENT,

    c. A declaration from a responsible employee of CORPORATION attesting from his or her personal knowledge under penalties of perjury to the completeness, truthfulness and accuracy for CORPORATION's Monthly Report; and

    d. Checks for the full amount shown as owing to each Trust on CORPORATION's Monthly Report, payable as designated on the Monthly Report.

Post-judgment interest shall accrue on all amounts awarded herein (including any costs calculated after judgment) as specified in 28 U.S.C. §1961(a).

DATED: June 18, 2013        _____
                            *Valerie Baker Fairbank*
                                    THE HON. VALERIE BAKER FAIRBANK
                                    UNITED STATES DISTRICT JUDGE