1  STEPHEN ZELLER, Bar No. 265664
   szeller@shanleyapc.com
2  CASEY JENSEN, Bar No. 263593
   cjensen@shanleyapc.com
3  SHANLEY, a Professional Corporation
   533 S. Fremont Avenue, Ninth Floor
4  Los Angeles, California  90071-1706
   Telephone:  (213) 488-4100
5  Telecopier: (213) 488-4180

6  ATTORNEYS FOR PLAINTIFFS, CARPENTERS SOUTHWEST
   ADMINISTRATIVE CORPORATION and BOARD OF TRUSTEES
7  FOR THE CARPENTERS SOUTHWEST TRUSTS

8
                    UNITED STATES DISTRICT COURT
9
                  CENTRAL DISTRICT OF CALIFORNIA
10
                         WESTERN DIVISION
11

12  CARPENTERS SOUTHWEST          )  CASE NO. 2:12-cv-06482-VBF-PJW
    ADMINISTRATIVE CORPORATION,   )
13  a California non-profit corporation; and )
    BOARD OF TRUSTEES FOR THE     )  RENEWAL OF JUDGMENT BY
14  CARPENTERS SOUTHWEST          )  CLERK
    TRUSTS,                       )
15                                )
                   Plaintiffs,    )
16                                )
    v.                            )
17                                )
    COORDINATED DELIVERY &        )
18  INSTALLATION, INC., a California )
    corporation; FLYNN ALLAN OLSEN, )
19  an individual; JIMMIE DORIS MCGEE, )
    an individual; and DOES 1 through 10, )
20  inclusive,                    )
                                  )
21                 Defendants.    )
                                  )
22  _____)

23       The judgment debtors, COORDINATED DELIVERY & INSTALLATION,

24  INC., a California corporation,  ("CORPORATION") and FLYNN ALLAN

25  OLSEN, an individual, ("INDIVIDUAL") having judgment entered against them

26  on June 18, 2013.

27       NOW, upon application of CARPENTERS SOUTHWEST

28  ADMINISTRATIVE CORPORATION and BOARD OF TRUSTEES FOR THE

CARPENTERS SOUTHWEST TRUSTS, ("CARPENTERS TRUSTS"), and upon declaration that CORPORATION and INDIVIDUAL have failed to pay the total amount of said judgment; and that CORPORATION and INDIVIDUAL are indebted to CARPENTERS TRUSTS.

That judgment against CORPORATION be renewed in the amount of $229,804.17 and that CARPENTERS TRUSTS recover as follows:

Judgment as entered:

|   |   |   |   |   |
|---|---|---|---|---|
| a. | Principal ........................................................... | $ | 192,542.57 |
| b. | Judgment interest............................................... | $ | 26,922.38 |
| c. | Costs ................................................................ | $ | 0.00 |
| d. | Attorney Fees pursuant to Local Rule 14.12 ............... | $ | 7,532.48 |

Subtotal (Judgment as entered) ........................................... $ 226,997.43

|   |   |   |   |   |
|---|---|---|---|---|
| e. | Less credits after judgment............................. | $ | 0.00 |
| f. | Interest after judgment computed from June 18, 2013 through March 31, 2022 at 0.14% ($0.89 per day) ............................... | $ | 2,806.74 |
| g. | Subtotal . ......................................................... | $ | 229,804.17 |
| h. | Costs after judgment ...................................... | $ | 0.00 |

Total Renewed Judgment ................................................ $ 229,804.17

Further, that judgment against INDIVIDUAL be renewed in the amount of $36,272.90 and that CARPENTERS TRUSTS recover as follows:

Judgment as entered:

|   |   |   |   |   |
|---|---|---|---|---|
| a. | Principal ........................................................ | $ | 29,913.76 |
| b. | Judgment interest............................................... | $ | 3,521.44 |
| c. | Costs ................................................................ | $ | 0.00 |
| d. | Attorney Fees pursuant to Local Rule 14.12 ............... | $ | 2,394.83 |

Subtotal (Judgment as entered) ........................................... $ 35,830.03

|   |   |   |   |   |
|---|---|---|---|---|
| e. | Less credits after judgment............................. | $ | 3,224.91 |

|   |   |   |   |   |
|---|---|---|---|---|
| f. | Interest after judgment computed from | | | |
|    | Junr 18, 2013 through May 28, 2020 | | | |
|    | at 0.14% ($0.14 per day) ................................ | $ | 442.87 |
| g. | Subtotal . ......................................................... | $ | 36,272.90 |
| h. | Costs after judgment ....................................... | $ | 0.00 |
| Total Renewed Judgment ................................................ | $ | 36,272.90 |

DATED:___April 6, 2022___                    *Sharon Hall Brown*

DEPUTY CLERK
UNITED STATES DISTRICT COURT

Presented by:

SHANLEY, a Professional Corporation


BY:_____
     STEPHEN ZELLER
Attorneys For Judgment Creditors,
Carpenters Southwest Administrative
Corporation and Board of Trustees
For the Carpenters Southwest Trusts

**PROOF OF SERVICE**
**(USDC Case No. 2:12-cv-06482 VBF-PJW)**
**(Carpenters v.  Coordinated Delivery, etc.,)**

I am employed in the County of Los Angeles, State of California.  I am over the age of eighteen years and not a party to the within action.  My business address is:  SHANLEY, a Professional Corporation, 533 S. Fremont Avenue, Ninth Floor, Los Angeles, California 90071-1706.

On April 1, 2022, I electronically filed the following document: **[PROPOSED] RENEWAL OF JUDGMENT BY CLERK.**  Notice of this filing was sent to the interested parties below and to all registered parties in the action by operation of the Court's electronic filing system. Parties can access this filing through the Court's system.

**on Attorney for Defendant as follows:**

John C. Glaser, Esq.          **Email address:  john.glaser@verizon.net**

_____

**and by First Class Mail, addressed as follows:**

Coordinated Delivery & Installation, Inc.          Flynn Allan Olsen,
a California corporation                            an individual
(address redacted)                                 (address redacted)
Seal Beach, California  90740                       Seal Beach, California  90740

in said action, by placing [X] a true copy thereof, [ ] an original enclosed in sealed envelope(s).

**(BY MAIL)**  I placed such envelopes with postage thereon fully prepaid in the United States Mail at 533 South Fremont Avenue, Los Angeles, California  90071.

**Executed on April 1, 2022, at Los Angeles, California.**

**(FEDERAL)**  I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

_____
Lucy Q Moure-Pasco